COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-262-CR

BYRON LAWRENCE GRAVES        APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4
 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Motion To Dismiss” filed by Byron Lawrence Graves, pro se.
 
 No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.
(footnote: 2)  See 
Tex. R. App.
 P.
 2, 42.2(a), 43.2(f); 
Smith v. State
, No. 02-07-00029-CR, 2007 WL1725820, at *1(Tex. App.—Fort Worth June 14, 2007, no pet.) (mem. op., not designated for publication).

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: April 1, 2010

FOOTNOTES
1:
See
 
Tex. R. App.
 P.
 47.4

2:
Appellant’s appointed counsel filed a motion to withdraw, and brief in support thereof, stating the appeal is frivolous under the guidelines of 
Anders v. California
, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Because appellant has voluntarily moved to dismiss his appeal, we need not address counsel’s motion.